IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELIZABETH PATTEN, Individually and                                                                PLAINTIFF
on behalf of the wrongful death beneficiaries
of Brandon Patten, Deceased

V.                                                                                             CIVIL ACTION NO. 1:19-CV-115

TRACIE MCCORMICK, INC., et al.                                                                 DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came before the Court on the *ore tenus* joint motion of the parties to dismiss this cause of action against Defendants Tracie McCormick, Inc. and John Does 1-10 with prejudice. This Court, having been advised that this cause has been fully resolved, is of the opinion that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Tracie McCormick, Inc. and John Does 1-10 are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses, and attorney's fees.

SO ORDERED AND ADJUDGED this, the 19th day of May 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

s/ Casey Lott
Casey Lott (MB# 101766)
Attorney for Plaintiffs

s/ Arthur D. Spratlin, Jr.
Arthur D. Spratlin, Jr. (MB# 9035)
Margaret Z. Smith (MB# 104178)
Attorneys for Defendant Tracie McCormick, Inc.